UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

WILLIAM C. SOLDRICH,                          :
         Plaintiff,                               :
     v.                                           :   No. 5:15-cv-01438
                                                  :
STATE FARM FIRE AND CASUALTY    :
COMPANY,                                       :
         Defendant.                             :
_____

**O R D E R**

**AND NOW,** this 24th day of November, 2015, upon consideration of Defendant's Motion to Dismiss, ECF No. 3, and for the reasons set forth in the accompanying Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Defendant's Motion, ECF No. 3, is **GRANTED**, as follows:

1. Plaintiff's demand for attorney's fees in Count I of the Complaint is **STRICKEN**;

2. Count II of the Complaint is **DISMISSED**;

3. Count III of the Complaint is **DISMISSED** without prejudice. Plaintiff may amend Count III of the Complaint in accordance with the accompanying Memorandum Opinion no later than **Tuesday, December 15, 2015**.


                                                       BY THE COURT:


                                                       */s/ Joseph F. Leeson, Jr.*_____
                                                       JOSEPH F. LEESON, JR.
                                                       United States District Judge